NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASHLEY FURNITURE INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1196

---

ASHLEY FURNITURE v. US                                    2

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

---

## ON MOTION

---

## ORDER

American Furniture Manufacturers Committee for Legal Trade; Kincaid Furniture Co., Inc., et al., move without opposition for an extension of time, until July 27, 2012, to file their response brief. The United States International Trade Commission moves without opposition for an extension of time, until August 10, 2012, to file the response briefs for itself and United States Customs and Border Protection. Ashley Furniture Industries, Inc. moves without opposition for an extension of time, until September 10, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUL 2 4 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
Jeffrey S. Grimson, Esq.
Patrick V. Gallagher, Esq.
Jessica R. Toplin, Esq.
Craig A. Lewis, Esq.
David W. DeBruin, Esq.
Nancy A. Noonan, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 4 2012

JAN HORBALY
CLERK

Herbert C. Shelley, Esq.

s23